**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **MOSES IVERSON**, et al., | |
| **PLAINTIFFS,** | CASE NO. 2:22-cv-00027-JLG-EPD |
| v. | JUDGE JAMES GRAHAM |
| **CITY OF COLUMBUS**, et al., | MAGISTRATE JUDGE ELIZABETH PRESTON DEAVERS |
| **DEFENDANTS**. | |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Moses Iverson and Plaintiff Darren Kendall voluntarily dismiss all claims against all defendants without prejudice.

Respectfully submitted,

By: /s/ Jason E. Starling
Jason E. Starling (Ohio Bar No. 0082619)
Kevin R. Kelleher (Ohio Bar No. 0099167)
WILLIS SPANGLER STARLING
4635 Trueman Boulevard, Suite 100
Hilliard, Ohio 43026
Telephone: (614) 586-7915
Facsimile: (614) 586-7901
jstarling@willisattorneys.com
kkelleher@willisattorneys.com

John C. Camillus (Ohio Bar No. 0077435), Trial Attorney
LAW OFFICES OF JOHN C. CAMILLUS, LLC
P.O. Box 141410
Columbus, Ohio 43214
Telephone: (614) 992-1000
Facsimile: (614) 559-6731
jcamillus@camilluslaw.com

*Attorneys for Plaintiffs Moses Iverson and Darren Kendall*

## **CERTIFICATE OF SERVICE**

      I certify that, on April 28, 2022, I filed this document and any attachments with the Clerk of Courts via its electronic filing system, which will provide notice and a copy of the filing to all counsel of record.

      By: /s/ Jason E. Starling
      Jason E. Starling (Ohio Bar No. 0082619)